UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIT PATEL,
    Plaintiff

vs.

CIVIL ACTION NO. 1:14-CV-13070

CON-WAY FREIGHT, INC., and
RONALD K. BORDEN
    Defendants

## AMIT PATEL'S CERTIFICATION OF CLIENT CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Amit Patel, the plaintiff in this matter certify that a conference has occurred between me and my counsel wherein counsel advised me of:

1. proposed settlement options, and

2. the availability of alternative dispute resolution programs that may be appropriate for this matter.

____3/16/2015____  
Date

____[signature]____  
Signature

Respectfully submitted,
For the Plaintiff,

/s/ Peter E. Heppner

Francis J. Lynch, BBO# 308740
Peter E. Heppner, BBO # 559504
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
508-230-2500
508-230-2510 (Fax)
pheppner@lynchlynch.com

I hereby certify that the attached document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ Peter E. Heppner

---

Peter E. Heppner, BBO # 559 504
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500