UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIT PATEL,<br>    Plaintiff<br><br>vs.<br><br>CON-WAY FREIGHT, INC., and<br>RONALD K. BORDEN,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 1:14-CV-13070<br>)<br>)<br>)<br>) |

## AUTOMATIC RULE 26 DISCLOSURE OF
## THE PLAINTIFF, AMIT PATEL

The Plaintiff, Amit Patel, hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2:

**A.   RULE 26(a)(1)(A)**

In accordance with Rule 26(a)(1)(A), requiring disclosure of individuals likely to have discoverable information that may be used to support and defend claims at trial, the Plaintiff identifies the following, who are likely to have knowledge concerning the matter:

1. Amit Patel
   124 Bob O Link Circle
   Daytona Beach, FL 32114

   Amit Patel has knowledge and details regarding the accident and injuries caused by the accident as well as events of the day in question.

2. Ronald K. Borden
   519 Washington Street, Apt. 1
   Coventry, RI 02816

   Ronald K. Borden has knowledge and details regarding the accident and events of the day in question.

3. Jayantilal Patel
   124 Bob O Link Circle
   Daytona Beach, FL 32114

        Jayantilal Patel has knowledge and details regarding events following the accident.

4.     Kokilaten Patel
      124 Bob O Link Circle
      Daytona Beach, FL 32114

      Kokilaten Patel has knowledge and details regarding events following the accident.

5.     Methuen Police Officer Greco
      Norton Police Department
      82 East Main Street
      Norton, MA 02766

      Officer Greco has knowledge of the details immediately following the accident and the ensuing investigation.

6.     Medical Personnel
      Morton Hospital
      88 Washington Street
      Taunton, MA 02780
      (508) 828-7000

      The medical personnel at Morton Hospital have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

7.     Medical Personnel
      Priti Patel, M.D.
      233 Winthrop Street
      Taunton, MA 02780
      (508) 880-0700

      Dr. Patel and staff have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

8.     Medical Personnel
      Bay State Physical Therapy
      1054 County Street
      Somerset, MA 02726
      (508) 674-3340

      The medical personnel at Bay State Physical Therapy have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

9.     Medical Personnel
      Angels Neurological
      144 Dean Street
      Taunton, MA 02780
      (508) 828-1212

The medical personnel at Angels Neurological have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

10. Leslie Stern, M.D. and other medical personnel
    Truesdale Clinic
    1030 President Avenue
    Fall River, MA 02720
    (508) 676-3411

    Dr. Stern and the medical personnel at Truesdale Clinic have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

11. Shalini Mansharamani, M.D. and other medical personnel
    Associates in Behavioral Health, LLC
    7 Dean Street
    Taunton, MA 02780
    (508) 822-0006

    Dr. Mansharamani and the medical personnel at Associates in Behavioral Health, LLC have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

12. Bijan Niaki, M.D. and other medical personnel
    Taunton Regional Pain Management Center
    91 Washington Street, Suite 303
    Taunton, MA 02780
    (508) 824-1259

    Dr. Niaki and the medical personnel at Taunton Regional Pain Management Center have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

13. Medical Personnel
    Joint Efforts Physical Therapy
    One Tremont Street
    Taunton, MA 02780
    (508) 824-1000

    The medical personnel at Joint Efforts Physical Therapy have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

14. Andrew Mazur, M.D. and other medical personnel
    Southeast Rehabilitation Associates
    231 Weaver Street
    Fall River, MA 02720
    (508) 824-1259

    Dr. Mazur and the medical personnel at Southeast Rehabilitation Associates have knowledge of the personal injuries Mr. Patel sustained as a result of the accident.

15. Personnel
Con-way Freight, Inc.
15 Southern Industrial Drive
Cranston, RI 02921

Any and all employees, personnel, contractors and consultants with knowledge of the contract between defendant, Ronald K. Borden, and Con-way Freight, Inc. and what Mr. Borden's job description entailed, employee expectations are, his delivery route and his background check prior to hiring him.

As discovery has not yet been completed, the plaintiff reserves the right to supplement this section at a later date or call any witness at the time of trial.

**B. RULE 26(a)(1)(A)(ii)**

In accordance with Rule 26(a)(1)(A)(ii), requiring disclosure or description by category and location of documents that are in the possession, custody, or control of the plaintiff, and that the plaintiff may use to support claims, the plaintiff refers the parties to those documents, consisting of tangible items, documents maintained by counsel for the plaintiff, in accordance with the automatic disclosure requirements of Local Rule 26.2; the plaintiff will serve a privilege log with regard to documents withheld from same.

The plaintiff states that discoverable material regarding the issues addressed in section A (15) above (Con-way Freight, Inc. Employees) is in the possession of the defendant and subject to automatic disclosure and production by the defendant. The plaintiff further states that discoverable material concerning the matters set out in sections A (5-15) above are in the possession of the individuals identified. Plaintiff previously provided copies of all medical records and bills in their possession, along with photographs.

**C.     RULE 26(a)(1)(A)(iii)**

General damages: Mr. Patel suffered multiple injuries including but not limited to significant injuries to his back, neck, groin and head as well as severe anxiety attacks and the consequent issues related to that. He has undergone years of physical therapy, injections and diagnostic testing to obtain relief of any ongoing nerve pain in the back, neck, groin and leg. Complete relief has never been achieved and damages/disability is ongoing.

Medical Expenses:    +$ 86,537.31

Lost Wages:          Under evaluation

**D.     Rule 26(a)(1)(A)(iv)-Liability Insurance Agreement**

See defendant statement.

Respectfully submitted
Amit Patel
By his attorney,

/s/ Peter E. Heppner

Francis J. Lynch, BBO# 308740
Peter E. Heppner, BBO # 559504
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
508-230-2500
508-230-2510 (Fax)
pheppner@lynchlynch.com

I hereby certify that the attached document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ Peter E. Heppner

---
Peter E. Heppner, BBO # 559 504
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
(508) 230-2500