UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMIT PATEL,

    Plaintiff,

v.

CON-WAY FREIGHT, INC. and
RONALD K. BORDEN,

    Defendants.

C.A. NO. 1:14-cv-13070-MLW

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to the dismissal of all claims, with prejudice, without costs or attorneys' fees, and with all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff,<br>Amit Patel,<br>By His Attorneys, | Respectfully submitted,<br>Defendants,<br>Con-Way Freight, Inc. and<br>Ronald K. Borden,<br>By Their Attorneys, |
| /s/ Sean J. McCarthy | /s/ Alan E. Brown |
| Peter Heppner, BBO #559504<br>Sean J. McCarthy, BBO #674962<br>Lynch & Lynch<br>45 Bristol Drive<br>South Easton, MA 02375<br>(508) 230-2500 | Sean F. McDonough, BBO #564723<br>Alan E. Brown, BBO #665203<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

1609435

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 24, 2017.

                                                /s/ Alan E. Brown
                                                Alan E. Brown

1609435